IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez

_____

| | |
|---|---|
| Courtroom Deputy:  Deborah Hansen | Date:  June 24, 0215 |
| Court Reporter:      Gwen Daniel | Probation: Gary Burney |
| | Time: one hour and 38 minutes |

_____

Criminal Action No. 14-cr-00130-WJM          *Counsel:*

UNITED STATES OF AMERICA,                    Jeremy Sibert

    Plaintiff,

v.

CARLOS ANDERSON,                             Scott Varholak

    Defendant.

_____

## COURTROOM MINUTES
_____

HEARING - SENTENCING

10:05 a.m.     Court in Session

Appearances

Defendant is present and in custody.

Oath administered to the defendant.

There are no objections to the Presentence Investigation Report.

**ORDERED:  There being no objection to the Government's Motion to Dismiss Counts 1 and 2 [29], the motion is GRANTED.  Counts One and Two of the Indictment are dismissed.**

1

The Court addresses the defendant's Motion for Variant Sentence [36].

Argument by Mr. Varholak

Argument by Mr. Sibert

10:52  Court in Recess
10:58  Court in Session

Argument by Mr. Sibert continued

Argument by Mr. Varholak

Argument by Mr. Sibert

Statement by Probation Officer Burney

The defendant waives his right to Allocution.

**ORDERED:   The defendant's Motion for Variant Sentence [36] is GRANTED IN PART.**

Sentencing Statement by Mr. Sibert

Sentencing Statement by Mr. Varholak

> Defendant plead guilty to Count Three of the Indictment on March 12, 2015.

**ORDERED:   Pursuant to the Sentencing Reform Act of 1984, it is the judgment of this Court that the defendant, Carlos Anderson, is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 132 months, to run concurrent with the State Court sentence the defendant is presently serving.**

   **In serving this term of incarceration the Court recommends that the Director of the Bureau of Prisons give defendant full credit for his time served in pretrial detention.**

**ORDERED:   Upon release from imprisonment defendant is placed on supervised release for a term of five years.**

   **Within 72 hours of release from the custody of the Bureau of Prisons the defendant must report in person to the probation office in the district to which defendant is released.**

**While on supervised release the defendant shall not commit another federal, state or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and defendant shall comply with the standard conditions adopted by this Court.**

**The defendant shall not unlawfully possess and shall refrain from unlawfully using a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic tests thereafter.**

**The defendant shall cooperate in the collection of DNA as directed by the probation officer.**

**ORDERED:** **Special Conditions of Supervised Release:**

1. **The defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse, as approved by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment and shall pay the cost of treatment as directed by the probation officer.**

2. **The defendant shall submit his person, property, house, residence, papers, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of supervised release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.**

3. **The defendant shall not associate with or have contact with any gang members and he shall not participate in any gang activity, to include the displaying gang paraphernalia.**

**ORDERED:** **The Special Assessment fee of $100.00 is imposed, due and payable immediately.**

**ORDERED:** **Defendant has no ability to pay a fine, and the fine is waived.**

The defendant is advised of his right to appeal the sentence imposed and in very limited circumstances his conviction by guilty plea.

Mr. Sibert's comments

The Government objects to the Court's sentence.

**ORDERED:   The objection by the Government to the Court's sentence is OVERRULED.**

**ORDERED:   Defendant is REMANDED to the custody of the U.S. Marshal.**

11:49 a.m.   Court in Recess
             Hearing concluded